Before LOURIE, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and BRYSON, Circuit Judge.

Before LOURIE, Circuit Judge, CLEVENGER, Senior Circuit Judge, and MOORE, Circuit Judge.

**Judgment**

**Judgment**

PER CURIAM.

PER CURIAM.

This CAUSE having been heard and considered, it is

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

AFFIRMED. *See* Fed. Cir. R. 36.

**ANDERSEN MANUFACTURING, INC., Plaintiff–Appellant,**

v.

**DIVERSI–TECH CORPORATION, Angela Budge, and Paul Budge, Defendants–Appellees.**

**Nos. 2007–1492, 2008–1093.**

United States Court of Appeals, Federal Circuit.

July 11, 2008.

Todd E. Zenger, Kirton & McConkie, of Salt Lake City, UT, argued for plaintiff-appellant.

Alec J. McGinn, Kunzler & McKenzie, of Salt Lake City, UT, argued for defendants-appellees. With him on the brief was Alan L. Edwards.

**James N. CHEST, Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2007–7303.**

United States Court of Appeals, Federal Circuit.

July 21, 2008.